**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kathleen Deborah Bosco aka Kathleen Bosco, aka Kathleen D Bosco, aka Kathleen W Bosco, fka Kathleen R Rosenberger | CHAPTER 7 |
| Debtor(s) | BKY. NO. 24-13253 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
19 Sep 2024, 17:58:19, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322